929 A.2d 639

**Carlton F. ANDERSON, Petitioner,**

v.

**David DIGUGLIELMO, Superintendent of the State Correctional Institution at Graterford, Respondent,**

**The District Attorney of Philadelphia County, Additional Respondent.**

**No. 98 EM 2007.**

Supreme Court of Pennsylvania.

July 26, 2007.

***ORDER***

PER CURIAM.

**AND NOW,** this 26th day of July, 2007, the Application for Leave to File Original Process is granted. The Petition for Writ of Habeas Corpus in Extraordinary Relief for Judgment of an Illegal Sentence is denied.

929 A.2d 640

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Billy BROOKS, Petitioner.**

**No. 85 EM 2007.**

Supreme Court of Pennsylvania.

July 26, 2007.

***ORDER***

PER CURIAM.

**AND NOW,** this 26th day of July, 2007, the Application for Extraordinary Relief Made Pursuant to 42 PA C.S. § 726 for an Order Directing that Appellant Be Granted Permission to File Post–Sentence Motion Nunc Pro Tunc is denied.